AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

### for the

### Southern District of New York

| | | |
|---|---|---|
| Waterkeeper Alliance, Inc | ) | 2:23mj103 CMR |
| | ) | |
| v. | ) | Case No.   7:10-cv-1136-NSR |
| | ) | |
| Jeffrey Salt | ) | |
| *Defendant* | | |

## AMENDED ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Jeffrey Salt                                                                          ,

who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment   ❑ Superseding Indictment   ❑ Information   ❑ Superseding Information   ❑ Complaint
❑ Probation Violation Petition   ❑ Supervised Release Violation Petition   ❑ Violation Notice   ☒ Order of the Court

This offense is briefly described as follows:

Jeffrey Salt is in civil contempt for failing to comply with the Court's Default Judgment and Order, issued on May 8, 2015, which enjoined Mr. Salt from engaging in federal trademark infringement under the Lanham Act and trademark and unfair competition under New York common law.

The United States Marshals Service, including any United States Marshal's office located in the district of Jeffrey Salt's residence and/or place of business, is authorized to use forcible entry of any residence or domicile believed to be associated with Jeffrey Salt.  Mr. Salt is believed to be a resident of Utah, and specifically, a domiciliary of Salt Lake City, Utah.

Date:   1/20/2023                              _____
                                                           *Issuing officer's signature*

City and state:   White Plains, New York          Hon. Nelson Stephen Roman, U.S.D.J.
                                                           *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                    _____ <br> *Arresting officer's signature* <br><br> _____ <br> *Printed name and title* |

AO 442  (Rev. 01/09)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:     Jeffrey Salt

Known aliases:     Jeffrey Salt

Last known residence:     723 East Lisonbee Avenue, Salt Lake City, UT 84106

Prior addresses to which defendant/offender may still have ties:     PO Box 522220, Salt Lake City, Utah 84152

Last known employment:     Spirit of Utah Wilderness dba Great Salt Lakekeeper, Self Employed

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:                                           Weight:

Sex:                                                 Race:

Hair:                                                Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:     felony aggravated assault for beating up ex-girlfriend

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

| Print | | Save As... | | | Reset |